Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| **Tommy McFarland,** **Individually and on behalf of all others Similarly situated** | ) ) ) ) |
| **Plaintiff,** | ) ) |
| vs. | ) ) Case Number: 20-CV-2334 |
| **Brendan Kelly,** **In his official capacity as Director of Illinois State Police,** | ) ) ) ) |
| **Defendant.** | ) |

## JUDGMENT IN A CIVIL CASE

☐ **JURY VERDICT.**   This action came before the Court for a trial by jury.   The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY THE COURT.**   This action came before the Court, and a decision has been rendered.

   **IT IS ORDERED AND ADJUDGED** that plaintiff recovers nothing from his claim.

**Dated: 8/16/2022**

                                        s/ Shig Yasunaga
                                        Shig Yasunaga
                                        Clerk, U.S. District Court